Barnes,
    Plaintiff

Adv. Proc. No. 17-05081-MEH

Nguyen,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: awong2     Page 1 of 1     Date Rcvd: Oct 17, 2017
                     Form ID: NMDAP    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
pla         +Jason Barnes,    2706 Benton St.,    Santa Clara, CA 95051-4810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Oct 18 2017 01:49:07
               Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
               San Jose, CA   95113-3004
                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
NONE.                                                                                                                                        TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
*for the*
**Northern District of California**

| | |
|---|---|
| In Re: Anthony Cao Hoan Nguyen, Debtor(s). | Case No.: 17–51644 |
| | Chapter: 7 |
| Jason Barnes, Plaintiff(s) | Adversary No. 17–05081 |
| vs. | |
| Anthony Nguyen, Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 10/16/17, it appears that the above–named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☐ Summons and Notice of Telephonic Status Conference

☑ Adversary Cover Sheet

☑ Failure to Pay Filing Fee of $350.00

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: 10/17/17                    By the Court:

                                   M. Elaine Hammond
                                   United States Bankruptcy Judge